[No. 2055.   Decided May 25, 1896.]

THE STATE OF WASHINGTON, *Appellant*, v. JACKSON DILLON, *Respondent*.

Appeal from Superior Court, Asotin County.— Hon. R. F. STURDEVANT, Judge.   Affirmed.

*Walter Brooks*, Prosecuting Attorney, (*M. F. Gose* and *James W. Reed*, of counsel), for The State.

*Per Curiam.*—This case falls squarely within the rule announced by this court in the case of *State of Washington v. Halbert*, *ante*, p. 306, and the judgment is therefore affirmed.